John W. Smith, Sp. Atty., Bureau of Internal Revenue, all of Washington, D. C., for respondent.

PER CURIAM.

Decision of the Tax Court of the United States affirmed and petition to review dismissed without the taxation of costs in favor of either of the parties in this Court, on authority of decision in Mississippi Valley Trust Company and Ruth H. Watkins, Trustees and Transferees, Petitioners, v. Commissioner of Internal Revenue, 8 Cir., 147 F.2d 186, pursuant to stipulation.

S. Charles BAER, Transferee and Beneficiary, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE.

No. 12756.

Circuit Court of Appeals, Eighth Circuit.

April 4, 1945.

Stanley S. Waite, Abraham Lowenhaupt, and H. M. Stolar, all of St. Louis, Mo., for petitioner.

Samuel O. Clark, Jr., Asst. Atty. Gen., Sewall Key, Sp. Asst. to Atty. Gen., and J. P. Wenchel, Chief Counsel, Bureau of Internal Revenue, and Ralph F. Staubly and John W. Smith, Sp. Attys., Bureau of Internal Revenue, all of Washington, D. C., for respondent.

PER CURIAM.

Decision of the Tax Court of the United States affirmed and petition to review dismissed without the taxation of costs in favor of either of the parties in this Court, on authority of decision in Mississippi Valley Trust Company and Ruth H. Watkins, Trustees and Transferees, Petitioners, v. Commissioner of Internal Revenue, 8 Cir., 147 F.2d 186, pursuant to stipulation.

Sidney R. BAER, Jr., Transferee and Beneficiary, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE.

No. 12757.

Circuit Court of Appeals, Eighth Circuit.

April 4, 1945.

Stanley S. Waite, Abraham Lowenhaupt, and H. M. Stolar, all of St. Louis, Mo., for petitioner.

Samuel O. Clark, Jr., Asst. Atty. Gen., Sewall Key, Sp. Asst. to Atty. Gen., and J. P. Wenchel, Chief Counsel, Bureau of Internal Revenue, and Ralph F. Staubly and John W. Smith, Sp. Attys., Bureau of Internal Revenue, all of Washington, D. C., for respondent.

PER CURIAM.

Decision of the Tax Court of the United States affirmed and petition to review dismissed without the taxation of costs in favor of either of the parties in this Court, on authority of decision in Mississippi Valley Trust Company and Ruth H. Watkins, Trustees and Transferees, Petitioners, v. Commissioner of Internal Revenue, 8 Cir., 147 F.2d 186, pursuant to stipulation.